Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ANTHONY A. PISCOPO, Respondent.

*Appeal — crimes — reversal of judgment of conviction of murder in second degree and grant of new trial — appeal without permission to Court of Appeals dismissed.*

People v. *Piscopo*, 222 App. Div. 70, appeal dismissed.

(Argued March 29, 1928; decided April 13, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered December 16, 1927, which reversed a judgment of the Richmond County Court rendered upon a verdict convicting the defendant of the crime of murder in the second degree and granted a new trial.

*Albert C. Fach, District Attorney (Lester L. Callan* of counsel), for appellant.

*Alfred V. Norton* for respondent.

Appeal dismissed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MINNIE V. PITTS, Appellant, *v.* WILLIAM H. PITTS, Respondent, Impleaded with Others.

*Trust — real property — action to establish trust in real property — insufficiency of evidence to sustain finding.*

*Pitts* v. *Pitts*, 220 App. Div. 774, affirmed.

(Argued March 29, 1928; decided April 13, 1928.)

APPEAL from a judgment, entered June 24, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought to secure an

adjudication that the defendant-respondent holds certain real property, legal title to which is in his name, as trustee for the benefit of the plaintiff and the defendants, and that each of the parties hereto is entitled to an undivided one-fifth interest therein, and for the further purpose of requiring the defendant-respondent to account for all rents received and collected by him from this property since the date upon which title to the property vested in him. The Appellate Division held that the finding of the trial court that the property in question was transferred to defendant-respondent in trust was not supported by the evidence.

*Walter H. Pickett* for appellant.

*Chester T. Krouse* and *James Nelson MacLean* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

EMPIRE CITY SAVINGS BANK, Respondent, *v.* ALICE MCGREW, Appellant, Impleaded with Others.

*Appeal — order of Appellate Division affirming order of Special Term denying motion to stay proceedings, vacate a judgment of foreclosure and permit service of answer — appeal without permission to Court of Appeals dismissed.*

*Empire City Savings Bank* v. *McGrew*, 221 App. Div. 843, appeal dismissed.

(Submitted March 29, 1928; decided April 13, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 14, 1927, which affirmed an order of Special Term denying defendant-appellant's motion to stay the above-entitled action, to stay the delivery of a deed by the referee in this action to the prospective purchaser, to vacate the judgment of foreclosure, upon the ground that all moneys due under the mortgage foreclosed have been